**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MICHAEL CHEBRO           )
                                )
        Plaintiff        )     CIVIL ACTION
                                )     NO.
v.                            )
                                )
GREAT DANE, LLC AND      )
STURDY-LITE, INC.           )
                                )
        Defendants    )     SEPTEMBER 24, 2019

<u>**NOTICE OF REMOVAL**</u>

     TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

     Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Sturdy-Lite, Inc. (hereinafter

"Sturdy-Lite") hereby removes this action from the Superior Court of the State of Connecticut,

Judicial District of Ansonia-Milford at Milford, to the United States District Court for the

District of Connecticut.  This court has jurisdiction over this case under 28 U.S. C. §1332

(Diversity of Citizenship). The facts pertinent to this Notice of Removal include the following:

1.   Plaintiff brought an action against Defendants Great Dane, LLC (hereinafter "Great

     Dane") and Sturdy-Lite  in the Superior Court of the State of Connecticut, Judicial

     District of Ansonia-Milford at Milford. Plaintiff served a Summons and Complaint on

     Sturdy-Lite's agent for service, Andrew M. Hanson. Andrew M. Hanson, as agent for

     service for Sturdy-Lite, received the Summons and Complaint on August 28, 2019.

     Sturdy-Lite Inc. also received a copy of the Summons and Complaint via certified mail

on August 26, 2019. A copy of the Summons and Complaint is attached hereto as

**Exhibit A**.

2.  There is complete diversity of citizenship between the parties to this suit and the sum in

controversy, exclusive of costs and interest, exceeds $75,000.00.  This Notice of

Removal is timely as it has been filed within 30 days of the date upon which Defendant

Sturdy-Lite received the Summons and Complaint in this matter.

3.  Plaintiff's address set forth in the Summons reflects he resides in Derby, Connecticut.

4.  Defendant Sturdy-Lite is a corporation incorporated in the State of Tennessee, with a

principal place of business in Bristol, Tennessee.

5.  Defendant Great Dane, LLC (hereinafter "Great Dane") is a Delaware limited liability

company with a principal place of business in Illinois. Great Dane has 3 members, none

of which are citizens/residents of Connecticut.

  a.  The first member of Great Dane LLC, Trailer Investors LLC, is an Illinois limited

liability company, which has its principal place of business in Illinois, and has 88

members: 34 members are trusts, the trustee of which is a citizen of the State of

Illinois, and 53 other members are trusts, the trustee of which is a South Dakota

limited liability company with its principal place of business in South Dakota.

One member is a Delaware limited liability company with its principal place of

business in Illinois.

  b.  The second member of Great Dane LLC, Pines S LLC, is an Illinois limited

liability company, which has its principal place of business in Illinois, and has 25

WOLF, HOROWITZ & ETLINGER,  L. L. C. *Counselors At Law*
750 Main St., Suite 606, Hartford, Connecticut 06103*(860) 724-6667*Fax (860) 293-1979*Juris No. 402488

members.  24 members are trusts, the trustee of which is a citizen of the State of Illinois.  One member is an individual who is a citizen of the State of Illinois.

    c.   The third member of Great Dane, LLC, HCNI I LLC, is an Illinois limited liability company, which has its principal place of business in Illinois, and has 37 members:  34 members are trusts, the trustee of which is a citizen of the State of Illinois, and 2 members are individuals, who are citizens of the State of Illinois. One of the members is an Illinois limited liability company with its principal place of business in Illinois.

6.   The Plaintiff's claims arise from an alleged August 24, 2016 incident in which Plaintiff claims to have sustained personal injuries. Plaintiff alleges he was driving a truck owned by his employer, and that attached to the truck was a Great Dane Freedom Model XP flatbed trailer. He further alleges that a bulkhead allegedly designed or manufactured by Sturdy-Lite was attached to the flatbed trailer. Plaintiff claims a coil of steel was affixed on the trailer, and as he applied the brakes and slowed down his truck, the coil of steel "broke free from the frame of said flatbed trailer," and "struck the cab of said truck" causing injuries to Plaintiff.

7.   Plaintiff has brought claims against Great Dane and Sturdy-Lite pursuant to the Connecticut Product Liability Act, C.G.S. §§ 52—572m et seq., alleging the trailer and bulkhead were defective, and that such defects caused his injuries. Plaintiff claims to have suffered a number of injuries, including injury to his neck, back, cervical, thoracic and lumbar spine. *See* Exhibit A, Plaintiff's Complaint.

8.  Given the injuries and damages claimed in Plaintiff's Complaint, it is clear that Plaintiff seeks damages for losses sustained in an amount in excess of $75,000.00.

9.  The United States District Court for the District of Connecticut has jurisdiction over this case pursuant to 28 U.S.C. §1332, in that there is complete diversity of citizenship between the proper parties to this suit and the amount in controversy, exclusive of costs, interest and attorneys fees, exceeds the sum of $75,000.00.

10. Concurrent with the filing of this Notice of Removal, the Defendant Sturdy-Lite is serving this Notice of Removal upon the Plaintiff and co-Defendant.

11. Co-Defendant Great Dane consents to this Notice of Removal, and will be filing a signed document reflecting its consent.

12. At the time of this filing, the Complaint has not been returned to the Connecticut State Court. Sturdy-Lite will promptly file a copy of the Notice of Removal with the Clerk of the Superior Court, Judicial District of Ansonia-Milford at Milford, once the Complaint is returned.

WHEREFORE, the Defendant respectfully requests that this Court accept jurisdiction of the above-identified action now removed from the Superior Court, Judicial District of Ansonia-Milford at Milford to the United States District Court for the District of Connecticut, and enter any other relief as may be necessary or appropriate.

WOLF, HOROWITZ & ETLINGER,  L. L. C. *Counselors At Law*
750 Main St., Suite 606, Hartford, Connecticut 06103*(860) 724-6667*Fax (860) 293-1979*Juris No. 402488

DEFENDANT,
STURDY-LITE, INC.

*/s/ Erin E. Canalia Ct30489*
Deborah Etlinger (ct 02877)
Erin Canalia (Ct 30489)
Wolf, Horowitz & Etlinger, LLC
750 Main Street, Suite 606
Hartford, CT 06103
(860) 724-6667
Juris No. 402488
detlinger@wolfhorowitz.com
ecanalia@wolfhorowitz.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage pre-paid, to the following parties/counsel of record on this 24th day of September, 2019.

Eugene A. Skowronski
Law Offices of Eugene A. Skowronski
200 Division Street, 2nd Floor
Ansonia, CT 06401
*(representing Plaintiff Michael Chebro)*

Great Dane, LLC
222 N Lasalle St., Ste 920
Chicago, IL 60601
c/o: its agent for service:
Brian B. Gilbert
222 N. LaSalle St. Ste 920
Chicago, IL 60601
And c/o its attorney:
Steven J. Zakrzewski, Esq.
Gordon Rees Scully Mansukhani
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
szakrzewski@grsm.com

*/s/ Erin E. Canalia Ct30489*
Erin E. Canalia

188325

WOLF, HOROWITZ & ETLINGER,  L. L. C. *Counselors At Law*
750 Main St., Suite 606, Hartford, Connecticut 06103*(860) 724-6667*Fax (860) 293-1979*Juris No. 402488

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350). | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 14 West River Street, Milford, CT 06460 | ( 203 ) 877-4293 | October          15   2019<br>Month        Day    Year |
| ☒ Judicial District    ☐ Housing Session    ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349)<br>Ansonia-Milford | Case type code *(See list on page 2)*<br>Major: T          Minor: 20 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented  *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Law Offices of Eugene A. Skowronski, 200 Division Street, 2nd Floor, Ansonia, CT 06401 | 413636 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 734-3315 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes  ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs:  1 | Number of Defendants:  2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name:  Chebro, Michael<br>Address: 33 Roosevelt Drive, Apt. 112, Derby, Connecticut 06418 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name:  Great Dane, LLC, 222 N Lasalle St, Ste 920, Chicago, IL 60601, C/O: its agents for service, Christian H.<br>Address: Jensen, 44 Harbar Rd, Wesport, CT 06880 and Brian B. Gilbert, 222 N Lasalle St, Ste 920, Chicago, IL 60601 | D-01 |
| Additional Defendant | Name:  Sturdy-Lite, Inc., 1900 Industrial Blvd, Bristol, TN 37620-5845, C/O: the Secretary of Sturdy-Lite, Inc.,<br>Address: 1900 Industrial Blvd, Bristol, TN 3760-5845 and C/O: its agent for service, Andrew M. Hanson, 804 | D-02 |
| Additional Defendant | Name:  Anderson Street, Bristol, TN 37620-2266<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left<br>Eugene A. Skowronski | Date signed<br>08/22/2019 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date<br><br>A True Copy<br>Attest<br>Eric M. Nikola<br>CT State Marshal |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 419836 • (203) 734-3315 • FAX (203) 735-9840
E-mail eugene.a.skowronski@gmail.com

RETURN DATE: OCTOBER 15, 2019                    SUPERIOR COURT

MICHAEL CHEBRO                                   J.D. OF ANSONIA-MILFORD

VS.                                             AT MILFORD

GREAT DANE, LLC and STURDY-LITE, INC.            AUGUST 22, 2019

## COMPLAINT

### FIRST COUNT: (AS TO THE DEFENDANT GREAT DANE, LLC)

1. At all times material hereto, the Defendant, GREAT DANE, LLC, (hereinafter called,
   "GREAT DANE") transacted business in the State of Connecticut, or repeatedly solicited
   business in the State of Connecticut; or produced, manufactured and distributed products,
   including, but not limited to, flatbed trailers, with the reasonable expectation that such
   products and flatbed trailers would be sold and/or used within the State of Connecticut.

2. At all times material hereto, the Defendant, GREAT DANE, was a product seller and/or
   manufacturer as defined in Section 52-572m, et seq., of the Connecticut General Statutes.

3. At all times material hereto, the Defendant, GREAT DANE, engaged in one or more of
   the following activities:

   a) Designing, testing, fabricating, assembling, manufacturing, constructing,
      repairing, packaging, preparing instructions and/or warnings, labeling or selling
      the flatbed trailer, which caused the injuries to the Plaintiff, MICHAEL
      CHEBRO, described in this Complaint.

1

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-3316 • FAX (203) 735-8840
E-mail eugene.a.skowronski@gmail.com

4.  The flatbed trailer, which was involved in the subject accident, was placed into the stream of commerce by the Defendant, GREAT DANE, with the expectation that it would reach consumers and users without substantial change in condition, and it did reach users such as the Plaintiff, MICHAEL CHEBRO, without substantial change and condition.

5.  At all times material hereto, the Plaintiff, MICHAEL CHEBRO, was a truck driver employed by the A. Anastasio & Sons Trucking Company, Inc., in New Haven, Connecticut.

6.  On August 24, 2016, the Plaintiff, MICHAL CHEBRO, was an employee of A. Anastasio & Sons Trucking Company, Inc., was driving a truck owned by A. Anastasio & Sons Trucking Company, Inc. with a Great Dane Freedom Model XP flatbed trailer attached to said truck, upon which trailer was affixed a coil of steel. The Plaintiff, MICHAEL CHEBRO, was transporting said steel coil from the A. Anastasio & Sons Trucking Company, Inc. facility in New Haven, Connecticut to the Feroleto Steel Company, Inc., in Bridgeport, Connecticut.

7.  On August 24, 2016 at approximately 10:54 AM, as the Plaintiff, MICHAEL CHEBRO, was transporting said coil of steel on said flatbed trailer attached to said truck, and was proceeding on Connecticut Interstate 95 southbound, in New Haven, Connecticut, he applied his brakes to slow said truck down as he approached a line of traffic on said Interstate 95 southbound. As the Plaintiff, MICHAEL CHEBRO, slowed said truck, said

2

coil of steel broke free from the frame of said Freedom Model XP flatbed trailer due to the defective design and manufacture of said frame, moved forward, struck the cab of said truck, causing the cab to be severely damaged and causing the Plaintiff, MICHAEL CHEBRO, to suffer severe personal injuries and other losses as hereinafter set forth.

8. The injuries and losses suffered by the Plaintiff, MICHAEL CHEBRO, were caused by the defective design and manufacture of said Freedom Model XP flatbed trailer by the Defendant, GREAT DANE. Said trailer was not designed and constructed in a manner to safely transport coils of steel on said flatbed trailer, a use contemplated by and known by the Defendant, GREAT DANE.

9. At the time of its manufacture and sale by the Defendant, GREAT DANE, and continuing until August 24, 2016, said Freedom Model XP flatbed trailer was in a defective condition and unreasonably dangerous to the Plaintiff, MICHAEL CHEBRO, in one or more of the following ways:

    a) It was improperly or inadequately designed;

    b) It was improperly or inadequately manufactured;

    c) It was sold or repaired without proper or adequate warnings, labels, or instructions;

    d) It was improperly or inadequately assembled;

    e) It was improperly or inadequately tested;

    f) It was improperly or inadequately fabricated;

    g) It was designed, fabricated, assembled, manufactured, repaired, tested,

LAW OFFICES OF: EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 419636 • (203) 734-3315 • FAX (203) 735-4840
E-mail eugene.a.skowronski@gmail.com

3

distributed, marketed, repaired and/or sold without adequate or proper precautions to prevent it from collapsing;

h) It was not manufactured and/or sold with proper warnings concerning its use and capacity.

All of the aforementioned defective conditions were created and/or caused by the actions and/or negligence of the Defendant, GREAT DANE.

10. One or more of the defects described above was a substantial factor in causing injuries to the Plaintiff, MICHAEL CHEBRO, as described in this Complaint.

11. As a result of the defective design, condition and manufacture of said flatbed trailer by the Defendant, GREAT DANE, and other actions and/or negligence of the Defendant, GREAT DANE, as aforesaid, the Plaintiff, MICHAEL CHEBRO, suffered the following injuries:

   a) Trauma and injury to the muscles, bones, ligaments, tendons, nerves and anatomical structures of the neck, back, cervical spine, thoracic spine, lumbar spine, bilateral upper extremities and bilateral lower extremities;

   b) Severe sprain and strain of the cervical spine;

   c) Severe sprain and strain of the thoracic spine;

   d) Severe sprain and strain of the lumbar spine;

   e) Nondisplaced fracture of the right T12 rib;

   f) Straightening of the normal cervical lordosis;

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-9316 • FAX (203) 735-8640
E-mail eugene.a.skowronski@gmail.com

4

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 415426 • (203) 734-3315 • FAX (203) 735-8840
E-mail eugene.a.skowronski@gmail.com

g)  Multilevel degenerative disc disease in the cervical spine,

h)  Disc space narrowing in the cervical spine,

i)  Osteophyte formation in the cervical spine,

j)  Multilevel uncovertebral hypertrophy in the cervical spine,

k)  Facet arthrosis in the cervical spine,

l)  Chronic compression fracture of the L5 vertebral body of the lumbar spine,

m)  Nondisplaced fracture of the left L3 transverse in the lumbar spine,

n)  Disc posterior displacement of the posterior wall into the spinal canal of the
     lumbar spine,

o)  Disc space narrowing at L4-L5 and L5-S1 levels in the lumbar spine,

p)  Retrolisthesis of L1 on L2 in the lumbar spine,

q)  Multilevel facet arthropathy in the lumbar spine,

r)  Degenerative changes of the bilateral sacroiliac joints,

s)  Permanent partial disability to the cervical spine,

t)  Permanent partial disability to the thoracic spine,

u)  Permanent partial disability to the lumbar spine,

v)  Permanent partial disability to the bilateral upper extremities,

w)  Permanent partial disability to the bilateral lower extremities,

x)  Headaches,

y)  Severe emotional shock, trauma and anxiety, and

z)  Pain and suffering.

5

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-3316 • FAX (203) 735-8640
E-mail eugene.a.skowronski@gmail.com

12. As a further result of the actions and carelessness and negligence of the Defendant, GREAT DANE, as aforesaid, the Plaintiff, MICHAEL CHEBRO, incurred expenses for hospital care, medical care, x-rays, MRI scans, diagnostic testing, physical therapy, prescription medicines and the like, and will be required to expend monies in the future for such medical care, medical treatment and expenses.

13. As a further result of the actions and carelessness and negligence of the Defendant, GREAT DANE, as aforesaid, the Plaintiff, MICHAEL CHEBRO, lost wages from his employment, and his capacity to earn wages in the future has been permanently impaired and diminished.

14. As a further result of the actions and carelessness and negligence of the Defendant, GREAT DANE, as aforesaid, the Plaintiff, MICHAEL CHEBRO's, capacity to carry out and enjoy life's activities has been permanently impaired and diminished.

15. The Plaintiff, MICHAEL CHEBRO, brings this Count of this action pursuant to Connecticut General Statutes, Section 52-572m et seq., as amended ("Connecticut Product Liability Act") and Connecticut General Statutes, Section 52-240b et seq.

## SECOND COUNT: (AS TO THE DEFENDANT STURDY-LITE, INC.)

1. At all times material hereto, the Defendant, STURDY-LITE, INC., (hereinafter called, "STURDY-LITE") was a Tennessee corporation engaged in the business of manufacturing and selling bulkheads for flatbed trailers in the State of Connecticut. The

6

LAW OFFICES OF. EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 412626 • (203) 734-3315 • FAX (203) 735-9640
E-mail eugene.a.skowronski@gmail.com

Defendant, STURDY-LITE, manufactured and/or sold a bulkhead for a flatbed trailer to the A. Anastasio & Sons Trucking Company, Inc., in New Haven, Connecticut.

2.  At all times material hereto, the Defendant, STURDY-LITE, was a product seller and/or manufacturer as defined in Section 52-572m, et seq., of the Connecticut General Statutes.

3.  At all times material hereto, the Defendant, STURDY-LITE, engaged in one or more of the following activities:

    a)  Designing, testing, fabrication, assembling, manufacturing, constructing, repairing, packaging, preparing instructions and/or warning labels, labeling or selling the bulkhead, which caused the injuries to the Plaintiff, MICHAEL CHEBRO, described in this Complaint.

4.  The bulkhead, which was involved in the subject accident, was placed into the stream of commerce by the Defendant, STURDY-LITE, with the expectation that it would reach consumers and users without substantial change in condition, and it did reach users such as the Plaintiff, MICHAEL CHEBRO, without substantial change or condition.

5.  At all times material hereto, the Plaintiff, MICHAEL CHEBRO, was a truck driver employed by the A. Anastasio & Sons Trucking Company, Inc., in New Haven, Connecticut.

LAW OFFICES OF EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-3316 • FAX (203) 735-8840
E-mail eugene.a.skowronski@gmail.com

6. On August 24, 2016, the Plaintiff, MICHAL CHEBRO, was an employee of A. Anastasio & Sons Trucking Company, Inc., was driving a truck owned by A. Anastasio & Sons Trucking Company, Inc. with a Sturdy-Lite bulkhead to protect the Plaintiff, MICHAEL CHEBRO, from a coil of steel affixed to the flatbed trailer, which was attached to said truck. The Plaintiff, MICHAEL CHEBRO, was transporting said steel coil from the A. Anastasio & Sons Trucking Company, Inc. facility in New Haven, Connecticut to the Feroleto Steel Company, Inc., in Bridgeport, Connecticut.

7. On August 24, 2016 at approximately 10:54 AM, as the Plaintiff, MICHAEL CHEBRO, was transporting said coil of steel on said flatbed trailer with said bulkhead attached thereto, and was proceeding on Connecticut Interstate 95 southbound, in New Haven, Connecticut, he applied his brakes to slow said truck down as he approached a line of traffic on said Interstate 95 southbound. As the Plaintiff, MICHAEL CHEBRO, slowed said truck, said coil of steel broke free from the frame of said flatbed trailer, moved forward through said bulkhead attached to said flatbed trailer, struck the cab of said truck, causing the cab to be severely damaged and causing the Plaintiff, MICHAEL CHEBRO, to suffer severe personal injuries and other losses as hereinafter set forth.

8. The injuries and losses suffered by the Plaintiff, MICHAEL CHEBRO, were caused by the defective design and manufacture of said Sturdy-Lite bulkhead attached to said flatbed trailer by the Defendant, STURDY-LITE. Said bulkhead was not designed and constructed in a manner to keep drivers of trucks safe from coils of steel, or other cargo, attached to flatbed trailers from crashing into and damaging the cab of a truck, a use

8

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-3315 • FAX (203) 735-6840
E-mail eugene.a.skowronski@gmail.com

contemplated by and known by the Defendant, STURDY-LITE.

9.  At the time of its manufacture and sale by the Defendant, STURDY-LITE, and
continuing until August 24, 2016, said Sturdy-Lite bulkhead was in a defective condition
and unreasonably dangerous to the Plaintiff, MICHAEL CHEBRO, in one or more of the
following ways:

   a) It was improperly or inadequately designed;

   b) It was improperly or inadequately manufactured;

   c) It was sold or repaired without proper or adequate warnings, labels or
   instructions;

   d) It was improperly or inadequately assembled;

   e) It was improperly or inadequately tested;

   f) It was improperly or inadequately fabricated;

   g) It was designed, fabricated, assembled, manufactured, repaired, tested,
   distributed, marketed, repaired and/or sold without adequate or proper precautions
   to prevent it from collapsing;

   h) It was not manufactured and/or sold with proper warnings concerning its use and
   capacity.

All of the aforesaid defective conditions were created and/or caused by the actions and/or
negligence of the Defendant, STURDY-LITE.


10. One or more of the defects described above was a substantial factor in causing injuries to
the Plaintiff, MICHAEL CHEBRO, was described in this Complaint.

9

11. As a result of the defective design and manufacture of said flatbed trailer, the Plaintiff, MICHAEL CHEBRO, suffered the following injuries:

    a)  Trauma and injury to the muscles, bones, ligaments, tendons, nerves and anatomical structures of the neck, back, cervical spine, thoracic spine, lumbar spine, bilateral upper extremities and bilateral lower extremities,

    b)  Severe sprain and strain of the cervical spine,

    c)  Severe sprain and strain of the thoracic spine,

    d)  Severe sprain and strain of the lumbar spine,

    e)  Nondisplaced fracture of the right T12 rib,

    f)  Straightening of the normal cervical lordosis,

    g)  Multilevel degenerative disc disease in the cervical spine,

    h)  Disc space narrowing in the cervical spine,

    i)  Osteophyte formation in the cervical spine,

    j)  Multilevel uncovertebral hypertrophy in the cervical spine,

    k)  Facet arthrosis in the cervical spine,

    l)  Chronic compression fracture of the L5 vertebral body of the lumbar spine,

    m) Nondisplaced fracture of the left L3 transverse in the lumbar spine,

    n)  Disc posterior displacement of the posterior wall into the spinal canal of the lumbar spine,

    o)  Disc space narrowing at L4-L5 and L5-S1 levels in the lumbar spine,

    p)  Retrolisthesis of L1 on L2 in the lumbar spine,

    q)  Multilevel facet arthropathy in the lumbar spine,

10

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 433636 • (203) 734-3315 • FAX (203) 735-8840
E-mail eugene.a.skowronski@gmail.com

r)  Degenerative changes of the bilateral sacroiliac joints,

s)  Permanent partial disability to the cervical spine,

t)  Permanent partial disability to the thoracic spine,

u)  Permanent partial disability to the lumbar spine,

v)  Permanent partial disability to the bilateral upper extremities,

w)  Permanent partial disability to the bilateral lower extremities,

x)  Headaches,

y)  Severe emotional shock, trauma and anxiety, and

z)  Pain and suffering.

12. As a further result of the actions and carelessness and negligence of the Defendant,
STURDY-LITE, as aforesaid, the Plaintiff, MICHAEL CHEBRO, incurred expenses for
hospital care, medical care, x-rays, MRI scans, diagnostic testing, physical therapy,
prescription medicines and the like, and will be required to expend monies in the future
for such medical care, medical treatment and expenses.

13. As a further result of the actions and carelessness and negligence of the Defendant,
STURDY-LITE, as aforesaid, the Plaintiff, MICHAEL CHEBRO, lost wages from his
employment, and his capacity to earn wages in the future has been permanently impaired
and diminished.

11

14. As a further result of the actions and carelessness and negligence of the Defendant, STURDY-LITE, as aforesaid, the Plaintiff, MICHAEL CHEBRO's, capacity to carry out and enjoy life's activities has been permanently impaired and diminished.

15. The Plaintiff, MICHAEL CHEBRO, brings this Count of this action pursuant to Connecticut General Statutes, Section 52-572m et seq., as amended ("Connecticut Product Liability Act") and Connecticut General Statutes, Section 52-240b et seq.

WHEREFORE, the plaintiff claims:

AS TO THE FIRST COUNT

   1. Money damages.

   2. Such other and further relief that the Court may deem proper and equitable.

AS TO THE SECOND COUNT

   1. Money damages.

   2. Such other and further relief that the Court may deem proper and equitable.

Dated at Ansonia, Connecticut, this 22nd day of August, 2019.

THE PLAINTIFF, MICHAEL CHEBRO

By _____

Eugene A. Skowronski
Commissioner of the Superior Court
Law Offices of Eugene A. Skowronski
Webster Bank Building
200 Division Street
Ansonia, CT 06401
Tel. No. 734-3315
Juris No. 413636

A True Copy
Attest
Eric M. Nikola
CT State Marshal

12

LAW OFFICES OF, EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-3315 • FAX (203) 735-8840
E-mail eugene.a.skowronski@gmail.com

RETURN DATE: OCTOBER 15, 2019          SUPERIOR COURT

MICHAEL CHEBRO                         J.D. OF ANSONIA-MILFORD

VS.                                    AT MILFORD

GREAT DANE, LLC and STURDY-LITE, INC.  AUGUST 22, 2019

<u>STATEMENT OF AMOUNT IN DEMAND</u>

The amount in demand for the above-entitled lawsuit, is greater than Fifteen Thousand ($15,000.00) Dollars as to each count of the Complaint.

                    THE PLAINTIFF, MICHAEL CHEBRO

                    By _____
                         Eugene A. Skowronski
                         Commissioner of the Superior Court
                         Law Offices of Eugene A. Skowronski
                         Webster Bank Building
                         200 Division Street
                         Ansonia, CT 06401
                         Tel. No. (203)734-3315
                         Juris No. 413636

A True Copy
Attest
Eric M. Nikola
CT State Marshal

13

LAW OFFICES OF EUGENE A. SKOWRONSKI
200 DIVISION STREET, ANSONIA, CONNECTICUT 06401 • JURIS NUMBER 413636 • (203) 734-3315 • FAX (203) 735-8840
E-mail eugene.a.skowronski@gmail.com